Case 6:17-ap-00093-KSJ  Doc 21  Filed 12/06/17  Page 1 of 2
Case 6:17-ap-00093-KSJ  Doc 20  Filed 12/01/17  Page 1 of 2
Case 6:17-ap-00093-KSJ  Doc 18  Filed 11/29/17  Page 1 of 2

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

| | |
|---|---|
| In Re CHARLES WALSH ) | |
| ) | Case No. 6:17-BK-03167-KSJ |
| Debtor ) | |
| ) | Chapter 13 |
| FELDEN HUDSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adv. Proc. No. 6:17-AP-00093-KSJ |
| ) | |
| RIGHT FUEL FOOD STORE, INC. ) | |
| CHARLES WALSH ) | |
| BANCO POPULAR NORTH AMERICA ) | |
| ) | |
| Defendants ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Clerk, U.S. Bankruptcy Court Middle
    District of Florida 400 West
    Washington Street, Suite 5100 Orlando,
    FL 32801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Ryan Christopher Rodems, Esquire
    20 North Orange Avenue, 16th Floor Orlando, FL 32801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

    Sheryl L. Loesch    (Clerk of the Bankruptcy Court)

Date: Dec. 1, 2017    By: Melanie Lawrence (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Ryan Christopher Rodems__ (name), certify that service of this summons and a copy of the complaint was made __December 5, 2017__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Christopher A. Pellegrini, Esquire, 30 South Wacker Drive, Suite 2600, Chicago, IL 60606
    Banco Popular North America, c/o Israel Velasco-registered agent, 7900 Miami Lakes Drive W., Miami Lakes, FL 33016

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __12/06/17__    Signature _(signed)_

Print Name: __Ryan Christopher Rodems__

Business Address: __Morgan & Morgan, P.A. 20 N. Orange Avenue Orlando, Fl 32801__